MATHIEU B. JIRDINSTON, Respondent, v. THE FOREST BOX AND LUMBER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

JOHN A. KINGSBURY, Commissioner of Public Charities, etc., on Complaint of GERTIE SIMS, Respondent, v. PATRICK J. O'HARE, Appellant.— Judgment of the Court of Special Sessions affirmed by default, with costs. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

MARY E. MARSH, Respondent, v. LESLIE E. MARSH, Appellant.— Findings of fact numbered V, VI, VII and VIII, and that portion of the finding numbered IV which reads " with the intent to suffocate and kill the plaintiff," reversed, as not supported by evidence; and judgment affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

EDWARD MARTIN, Respondent, v. ANNA BAUMANN, Appellant.— The testimony supports the findings of fact. No reversible error appears in the rulings in the course of the trial. The suit, though in equity, properly resulted in a money decree. Equity, adapting the relief to the exigencies of the case, thus gives a money judgment, where nothing more was required. (Baily v. Hornthal, 154 N. Y. 648, 660; Hubbell v. Henrickson, 175 id. 175, 180.) Judgment affirmed, with costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

FRANK McGARRY, Appellant, v. WILLIAM O'CONNELL, Defendant, and COSEMO IPPOLITO, Respondent, Copartners, etc., and Another.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

LAWRENCE MORRISSEY, as Administrator of THERESA MORRISSEY, Deceased, Respondent, v. FRANK HETTERICH, Defendant, and J. M. HORTON ICE CREAM COMPANY, Appellant. (Appeal No. 1.) — Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

LAWRENCE MORRISSEY, as Administrator of HERBERT MORRISSEY, Deceased, Respondent, v. FRANK HETTERICH, Defendant, and J. M. HORTON ICE CREAM COMPANY, Appellant. (Appeal No. 2.)— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

GENEVIEVE MORRISSEY, an Infant, by LAWRENCE MORRISSEY, Her Guardian ad Litem, Respondent, v. FRANK HETTERICH, Defendant, and J. M. HORTON ICE CREAM COMPANY, Appellant. (Appeal No. 3.) — Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.